AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| JIA WANG LIN,<br>on his own behalf and on behalf of others similarly situated<br><br>*Plaintiff(s)*<br>v.<br>GINZA 685 INC d/b/a Kouzan<br>et al.<br><br>*Defendant(s)* | Civil Action No. 18-cv-12202 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Troy Law, PLLC
John Troy
41-25 Kissena Blvd, Suite 119
Flushing, NY 11355

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  12/27/2018                                                              /s/ P. Canales
                                                                                  *Signature of Clerk or Deputy Clerk*

**GINZA 685 INC d/b/a Kouzan**

685 Amsterdam Avenue, New York, NY 10025


**DAN HONG SHI**

685 Amsterdam Avenue, New York, NY 10025

**JIA WANG LIN v.**
**GINZA 685 INC d/b/a Kouzan, et al.**

**Summons Rider**
